| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LEO M. LaROCCA, ESQ., Bar #115014<br>NIVEN & SMITH<br>425 CALIFORNIA ST., 15TH FLOOR<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415 981-5451     FAX No: 415 433-5439 | | |
| Attorney for: Plaintiff, California Pacific Bank | Ref. No. or File No.:<br>CALIFORNIA PACIFIC BANK | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: CALIFORNIA PACIFIC BACNK, a California banking corporation
Defendant: BANK OF AMERICA, N.A., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date:<br>Fri, Oct. 12, 2007 | Time:<br>1:30PM | Dept/Div:<br>A/15 | Case Number:<br>C 07 3330 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Rule Discontinuing Service By Mail; Standing Order: Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Decliniation To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; U. S. District Court San Francisco Guidelines

3. a. Party served:           BANK OF AMERICA, N.A.,
   b. Person served:          MARGARET WILSON-PROCESS SPECIALIST, CT CORPORATION, REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   818 WEST 7th STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 05, 2007 (2) at: 10:55AM

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. *The Fee* for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**      e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                       (i) Independent Contractor
      LOS ANGELES, CA 90071                      (ii) Registration No.:    5141
   c. 213-250-1111                               (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jul. 12, 2007

                                                                                      (DOUG FORREST)

   Judicial Council Form              PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS                    6360230   .leola-ns.75504