MARK JOSEPH KENNEY (State Bar No. 87345)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjk@severson.com
miw@severson.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

FILED
2007 AUG -1 PM 1:54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C07-03330 JCS<br><br>[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

### ORDER

Having considered Bank of America, N.A.'s motion for administrative relief to extend time to answer or otherwise respond to the complaint, and finding good cause therefore,

IT IS HEREBY ORDERED that Bank of America, N.A., shall have to and including August 15, 2007 by which to file an answer or otherwise respond to the complaint.

DATED: 8/1/07

_____
Honorable Joseph C. Spero
United States District Judge

- 1 -

10597/0042/636035.1

[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF
Case No.: C07-03330 JCS