UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA PACIFIC BANK,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.

Case Number: CV07-03330 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark I. Wraight
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Mark J. Kenney
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Dated: August 1, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk