1  MARK JOSEPH KENNEY (State Bar No. 87345)
   MARK I. WRAIGHT (State Bar No. 228303)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5  mjk@severson.com
   miw@severson.com
6
   Attorneys for Defendant
7  BANK OF AMERICA, N.A.

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | CALIFORNIA PACIFIC BANK, a | Case No.:  C07-03330 JCS |
   | California banking corporation, | |

13 | Plaintiff, | **BANK OF AMERICA, N.A.'S NOTICE OF APPEARANCE** |

14 | vs. | |

15 | BANK OF AMERICA, N.A., and | |
   | DOES 1-20, inclusive, | |
16
   | Defendants. | |
17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       **PLEASE TAKE NOTICE** that Defendant Bank of America, N.A. ("BofA")

20  is being represented in this action by Mark Joseph Kenney and Mark I. Wraight of

21  Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco,

22  California 94111; (415) 398-3344.

23  DATED:  August 2, 2007          SEVERSON & WERSON
                                    A Professional Corporation
24
                                    /s/  *Mark Joseph Kenney*
25
                                    By:  _____
26                                            Mark Joseph Kenney

27                                  Attorneys for Defendant
                                    BANK OF AMERICA, N.A.
28

- 1 -

10597/0042/636510.1                              NOTICE OF APPEARANCE
                                                 Case No.:  C07-03330 JCS