1  MARK JOSEPH KENNEY (State Bar No. 87345)
   MARK I. WRAIGHT (State Bar No. 228303)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  mjk@severson.com
   miw@severson.com
6
   Attorneys for Defendant
7  BANK OF AMERICA, N.A.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 CALIFORNIA PACIFIC BANK, a            Case No.: C07-03330 JCS
   California banking corporation,
13                                       [PROPOSED] ORDER RE
           Plaintiff,                    MOTION FOR
14                                       ADMINISTRATIVE RELIEF TO
       vs.                               EXTEND TIME TO ANSWER OR
15                                       OTHERWISE RESPOND TO
   BANK OF AMERICA, N.A., and            COMPLAINT
16 DOES 1-20, inclusive,

17         Defendants.

18                           **ORDER**

19     Having considered Bank of America, N.A.'s motion for administrative relief

20 to extend time to answer or otherwise respond to the complaint, and finding good

21 cause therefore,

22     IT IS HEREBY ORDERED that Bank of America, N.A., shall have to and

23 including August 15, 2007 by which to file an answer or otherwise respond to the

24 complaint.

25 DATED:

26 _____
                                Honorable Joseph C. Spero
27                              United States District Judge

28                                - 1 -

10597/0042/636035.1                    [PROPOSED] ORDER RE MOTION FOR
                                       ADMINISTRATIVE RELIEF
                                       Case No.: C07-03330 JCS

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**[PROPOSED] ORDER RE MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

on all interested parties in said case addressed as follows:

Leo. M LaRocca
Niven & Smith
425 California Street, 15th Floor
San Francisco, CA 94104-2118

☐ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☒ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY (1) FEDERAL EXPRESS OR (2) EXPRESS MAIL)**

(1) By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for; or

(2) By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on July 31, 2007.

Valerie Stevenson

- 2 -