1  MARK JOSEPH KENNEY (State Bar No. 87345)
   MARK I. WRAIGHT (State Bar No. 228303)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  mjk@severson.com
   miw@severson.com
6
   JAMES RANDOLPH LIEBLER (FL Bar No. 507954; To Be Admitted *Pro Hac Vice*)
7  CHRISTOPHER MICHAEL DRURY (FL Bar No. 0796751; To Be Admitted *Pro Hac Vice*)
   Liebler, Gonzalez & Portuondo, P.A.
8  44 W. Flagler St., Suite 2500
   Miami, FL 33130
9  Telephone: (305) 379-0400
   Facsimile: (305) 379-9626
10 jrl@lgplaw.com
   cmd@lgplaw.com
11
   Attorneys for Defendant
12 BANK OF AMERICA, N.A.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 CALIFORNIA PACIFIC BANK, a California   Case No.: C07-03330 JCS
   banking corporation,
18
            Plaintiff,                     [PROPOSED] ORDER GRANTING
19                                         CHRISTOPHER M. DRURY, ESQ.'S
       vs.                                 APPLICATION FOR
20                                         ADMISSION OF ATTORNEY
   BANK OF AMERICA, N.A., and DOES 1-20,   *PRO HAC VICE*
21 inclusive,

22          Defendants.

23

24     Christopher M. Drury, an active member in good standing of the bars of the Supreme

25 Court of Florida, the Supreme Court of South Carolina, the United States District Court for the

26 District of South Carolina, and the United Stated District Court for the Middle District of Florida,

27 whose business address and telephone number is Liebler, Gonzalez & Portuondo, P.A., 44 W.

28 Flagler St., Suite 2500, Miami, FL 33130, (305) 379-0400, having applied in the above-entitled

- 1 -

1  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
2  representing defendant Bank of America, N.A..
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  shall constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

9  Dated: August 4, 2007

10                                  Magistrate Judge Joseph C. Spero
                                    United States District Court