UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, | Case Number: CV07-03330 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BANK OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher M. Drury
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street
Suite 2500
Miami, FL 33130

James Randolph Liebler
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street
Suite 2500
Miami, FL 33130

Dated: August 9, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk