MARK JOSEPH KENNEY (State Bar No. 87345)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjk@severson.com
miw@severson.com

JAMES RANDOLPH LIEBLER (FL Bar No. 507954; To Be Admitted *Pro Hac Vice*)
CHRISTOPHER MICHAEL DRURY (FL Bar No. 0796751; To Be Admitted *Pro Hac Vice*)
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler St., Suite 2500
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626
jrl@lgplaw.com
cmd@lgplaw.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

FILED
2007 AUG -9 AM 8:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C07-03330 JCS<br><br>[PROPOSED] ORDER GRANTING JAMES RANDOLPH LIEBLER, ESQ.'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James Randolph Liebler, an active member in good standing of the bars of the Supreme Court of Florida, the United States District Court for the Southern District of Florida, and the United Stated District Court for the Middle District of Florida, whose business address and telephone number is Liebler, Gonzalez & Portuondo, P.A., 44 W. Flagler St., Suite 2500, Miami, FL 33130, (305) 379-0400, having applied in the above-entitled action for admission to practice

- 1 -

1  in the Northern District of California on a *pro hac vice* basis, representing defendant Bank of
2  America, N.A..
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  shall constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

9  Dated: August ___, 2007

10      _____
        Magistrate Judge Joseph C. Spero
11      United States District Court

---

10597/0042/636264.1

- 2 -

ORDER GRANTING LIEBLER PRO HAC VICE APPLICATION
Case No.: C07-03330 JCS