UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC BANK,<br><br>          Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA et al,<br><br>          Defendant. | Case Number: CV07-03330 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark I. Wraight
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Mark J. Kenney
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Dated: August 1, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk