MARK JOSEPH KENNEY (State Bar No. 87345)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjk@severson.com
miw@severson.com

JAMES RANDOLPH LIEBLER (FL Bar No. 507954; Admitted *Pro Hac Vice*)
CHRISTOPHER MICHAEL DRURY (FL Bar No. 0796751; Admitted *Pro Hac Vice*)
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler St., Suite 2500
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626
jrl@lgplaw.com
cmd@lgplaw.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C07-03330 JCS<br><br>**[PROPOSED] ORDER GRANTING BANK OF AMERICA'S MOTION TO DISMISS** |

**ORDER**

Having considered Bank of America, N.A.'s motion to dismiss the complaint of California Pacific Bank, the arguments of counsel, and the pleadings and files in this case,

1 **IT IS HEREBY ORDERED** that Bank of America, N.A.'s motion is GRANTED.

2 Dated: August ____, 2007

3 _____
Magistrate Judge Joseph C. Spero
4 United States District Court