Leo M. LaRocca, Esq. (SBN 115014)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104-2118
Telephone:      415.981.5451
Facsimile:      415.433.5439
Attorneys for Plaintiff CALIFORNIA PACIFIC BANK

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK,<br>a California banking corporation,<br><br>                    Plaintiff,<br>          vs.<br><br>BANK OF AMERICA, N.A.,<br>and DOES 1-20, inclusive.<br><br>                    Defendants. | **Docket No.  C07-03330 JCS**<br><br>**AFFIDAVITS OF ALAN CHI, MICHAEL WANG AND MINH NGUYEN IN OPPOSITION TO BANK OF AMERICA'S MOTION TO DISMISS** |

Attached hereto as Exhibit "A" is the Affidavit of Alan Chi in Opposition to Motion to Dismiss.

Attached hereto as Exhibit "B" is the Affidavit of Michael Wang in Opposition to Motion to Dismiss.

Attached hereto as Exhibit "C" is the Affidavit of Minh Nguyen in Opposition to Motion to Dismiss.

Dated: August 31, 2007                    **NIVEN & SMITH**

                                        By:_____ _Leo M. LaRocca /s/_ _____
                                            **LEO M. LaROCCA**
                                            Attorneys for Plaintiff CALIFORNIA PACIFIC BANK,
                                            a California banking corporation

NIVEN & SMITH
425 CALIFORNIA STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-2118
TEL: (415) 981-5451

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CALIFORNIA PACIFIC BANK,

     Plaintiff

v.                                                      CASE NO. C07-03330 JCS

BANK OF AMERICA, et al.,

     Defendants.

_____/

DECLARATION OF ALAN CHI

     I, ALAN CHI, declare as follows:

     1.     I have personal knowledge of the facts stated herein. If called to testify as a witness in this action, I could and would competently testify thereto.

     2.     I am a Vice President of California Pacific Bank and have been employed by California Pacific Bank since 2005.

     3.     California Pacific Bank is a California banking corporation incorporated on October 16, 1996. California Pacific Bank has maintained it its principal place of business in San Francisco, California since it was incorporated. California Pacific Bank currently has offices located in Walnut Creek, California and Fremont, California. At one time, California Pacific Bank also had an office in Sacramento, California. California Pacific Bank has never operated any office or branch in the State of Florida. All of California Pacific Bank "accounts" as such terms is defined in the Currency and Foreign Transactions Reporting Act, 31 USC Sections 5311-5330 and

**EXHIBIT** A

1

12 USC. Sections 1818(s), 1829(b) and 1951-1959 (commonly known as the Bank Secrecy Act) are held and maintained at either of the three California offices of California Pacific Bank.

      4.       California Pacific Bank has never advertised in the State of Florida. California Pacific Bank has never employed loan brokers, CD brokers or other agents in the State of Florida. California Pacific Bank has never owned assets located in the State of Florida. No employee of California Pacific Bank has ever traveled to Florida on business.

      5.       California Pacific Bank does advertised Certificate of Deposit rates in the San Francisco Bay Area. A third party company not connected to California Pacific Bank in any way called National CD Rate Line (and perhaps other similar companies unknown to California Pacific Bank) picks up the rates offered by financial institutions in local advertising or by calling for rates and publishes those rates on its website (www.cdrateline.com). Attached hereto marked Exhibit "A" is a true and correct copy of a web page from National CD Rate Line showing a demonstration of how an investor may check with National CD Rate Line to find the best Certification of Deposit rates being offer nationwide. California Pacific Bank apparently has received CD deposits from individuals and companies located outside of California who have used National CD Rate Line or other similar companies to find the CD rates offered by California Pacific Bank.

      6.       California Pacific Bank is the beneficiary of that certain irrevocable standby letter of credit in the amount of $412,080.00 issued by Bank of America from its Scranton, Pennsylvania office dated March 30, 2007 (the "Letter of Credit") and amended on April 9, 2007 (the "Amendment"). A true and correct copy of the Letter of Credit is attached hereto marked Exhibit "B" and a true and correct copy of the Amendment is attached hereto marked Exhibit "C". On May 29, 2007, California Pacific Bank drew on the said Letter of Credit by Swift transmission to Bank of America pursuant to the language in the Letter of Credit that "reimbursement claims made by authenticated Swift are acceptable in which case draft and signed statements are not required." Letter of Credit, Page 1. A true and correct copy of the authenticated Swift transmission is

2

attached hereto marked Exhibit "D". On June 1, 2007, Bank of America rejected the draw under the Letter of Credit citing as the reason "[b]eneficiary's statement not presented per letter of credit terms and conditions". A true and correct copy of this Swift transmission from Bank of America is attached hereto marked Exhibit "E". Although no beneficiary's statement was required if the draw on the Letter of Credit was made by Swift transmission, California Pacific Bank resent its draw by Swift transmission on June 1, 2007 with a beneficiary's statement included. A true and correct copy of this Swift transmission from California Pacific Bank is attached hereto marked Exhibit "F". On June 4, 2007, Bank of America once again rejected the draw but this time on the ground that Bank of America had been temporarily restrained from honoring California Pacific Bank's draw because of an action in Pinellas County, Florida. A true and correct copy of this Swift transmission from Bank of America is attached hereto marked Exhibit "G".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on August 31, 2007.

Alan Chi

# National CD Rate Line - Rate Screen 631-738-1501

Home

Login

About Us

Demo

FAQ

What's New

Related Links

Due Diligence

Contact Us

SAS 70

## Demonstration Mode

This screen is for demonstration purposes only. Bank names and rates are fictitious. To access current offerings please call 1-800-246-0005.

**ALL RATES ARE SUBJECT TO CHANGE WITHOUT NOTICE - PLEASE CALL EARLY**

- Institution names highlighed in red, mean you have an active investment with this institution.
- Click on any term heading to view rates for that term, The default term is 1 year.
- Click on the institution name to view information about that institution.
- All Rates offered are Annual Percentage Rate (APR) not Annual Percentage Yield (APY).

| # | Name | SPECIAL | 30 | 60 | 90 | 180 | 270 | 1 | 18 | 2 | 30 | 3 | 4 | 5 |
|---|------|---------|----|----|----|-----|-----|---|----|---|----|---|---|---|
| 1 | Kingsbay St Bk, IA | | 5.75 | 5.75 | 5.95 | 5.75 | 5.75 | 5.95 | 5.45 | 5.55 | 0.00 | 5.55 | 5.70 | 5.55 |
| 2 | Bromley B&T Co., MA | | 5.50 | 5.70 | 5.80 | 5.90 | 5.90 | 5.90 | 5.50 | 5.50 | 0.00 | 5.60 | 5.60 | 5.60 |
| 3 | Hartford St Bk, ME | 6.00 6 yr | 5.60 | 5.60 | 5.75 | 5.75 | 5.80 | 5.85 | 5.95 | 5.40 | 0.00 | 5.55 | 0.00 | 5.55 |
| 4 | Bank Of Woodstock, IA | 5.55 7 yr | 5.00 | 5.10 | 5.20 | 5.30 | 5.30 | 5.70 | 5.70 | 5.80 | 5.85 | 5.85 | 5.85 | 5.35 |
| 5 | Capital Bk NA, MS | 5.55 27 mo | 5.40 | 5.70 | 5.70 | 5.40 | 5.40 | 5.70 | 5.70 | 5.70 | 0.00 | 5.95 | 5.95 | 5.95 |
| 6 | Citizens Bk, OR | | 5.10 | 5.10 | 5.10 | 5.10 | 5.20 | 5.70 | 5.95 | 5.95 | 0.00 | 5.95 | 0.00 | 5.95 |
| 7 | Bank Of Cromley, DE | 5.55 390 dy | 5.00 | 5.00 | 5.00 | 5.50 | 5.50 | 5.50 | 5.60 | 5.70 | 5.80 | 4.90 | 5.00 | 5.25 |
| 8 | Commercial Manhattan Bk NA, NY | | 5.10 | 5.10 | 5.10 | 5.10 | 5.10 | 5.50 | 5.50 | 5.50 | 0.00 | 5.50 | 5.50 | 5.50 |
| 9 | Cross County Line Bk, AR | | 3.57 | 4.15 | 4.40 | 4.40 | 4.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 | 5.50 |
| 10 | Jasper Bkg Co, LA | | 5.50 | 5.60 | 5.90 | 5.90 | 5.00 | 5.42 | 5.43 | 5.50 | 0.00 | 5.55 | 0.00 | 5.62 |
| 11 | Commercial One Nb, FL | | 5.00 | 5.00 | 5.00 | 5.50 | 5.50 | 5.35 | 5.45 | 5.55 | 5.65 | 5.65 | 5.65 | 5.75 |
| 12 | Bank Of Cabbit, MD | 5.00 5 mo | 5.45 | 5.55 | 5.99 | 5.99 | 5.99 | 5.27 | 5.28 | 5.29 | 0.00 | 5.45 | 5.55 | 5.65 |
| 13 | Danver Svgs Bk, IL | | 4.80 | 4.80 | 4.90 | 4.90 | 4.90 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 |
| 14 | Farmers & Merchants St Bk, TX | | 0.00 | 0.00 | 0.00 | 4.95 | 4.95 | 4.99 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 |
| 15 | Keybank NA, NH | | 4.99 | 4.99 | 4.99 | 4.99 | 4.99 | 4.99 | 4.99 | 4.99 | 0.00 | 4.99 | 4.99 | 4.99 |
| 16 | First Nb In .... | | 4.85 | 4.88 | 4.85 | 4.90 | 4.90 | 4.95 | 4.99 | 4.99 | 0.00 | 4.99 | 4.99 | 4.99 |

EXHIBIT A

8/30/2007

**Bank of America**

BANK OF AMERICA - CONFIDENTIAL                    PAGE: 1

DATE: MARCH 30, 2007

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER: 68017913

ADVISING BANK
CALIFORNIA PACIFIC BANK
601 MONTGOMERY ST.
SAN FRANCISCO, CA 94111-2603

                          ISSUING BANK
                          BANK OF AMERICA, N.A.
                          1 FLEET WAY
                          PA6-580-02-30
                          SCRANTON, PA 18507-1999

BENEFICIARY                          APPLICANT
CALIFORNIA PACIFIC BANK              BULLARD ELECTRONICS LLC
250 MONTGOMERY STREET               2325 ULMERTON RD.
SUITE 500                           SUITE 20
SAN FRANCISCO, CA 94104             CLEARWATER, FL 33762

                          AMOUNT
                          NOT EXCEEDING USD 412,080.00
                          NOT EXCEEDING FOUR HUNDRED
                          TWELVE THOUSAND EIGHTY AND
                          00/100'S US DOLLARS

                          EXPIRATION
                          JUNE 29, 2007
                          AT OUR COUNTERS

WE HEREBY OPEN OUR IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER
68017913 IN YOUR FAVOR.

CREDIT AVAILABLE WITH BANK OF AMERICA, N.A. BY PAYMENT OF
BENEFICIARY'S DRAFT(S) AT SIGHT DRAWN ON BANK OF AMERICA, N.A..

DRAFTS MUST BE ACCOMPANIED BY:

1. THE ORIGINAL LETTER OF CREDIT AND ALL AMENDMENTS, IF ANY.

2. YOUR STATEMENT PURPORTEDLY SIGNED BY AN AUTHORIZED OFFICER STATING
THAT "WE HEREBY CLAIM USD _____ UNDER YOUR STANDBY LETTER
OF CREDIT NO. 68017913 DUE TO QIBEE FAILURE TO PAY INDEBTNESS."

REIMBURSEMENT CLAIMS MADE BY AUTHENTICATED SWIFT ARE ACCEPTABLE IN
WHICH CASE DRAFT AND SIGNED STATEMENTS ARE NOT REQUIRED.

IT IS A FURTHER CONDITION OF THIS STANDBY LETTER OF CREDIT THAT IT IS
NOT OPERATIVE UNTIL QIBEE, INC. HAS ISSUED TO NBG, LLC, THEIR
IRREVOCABLE LETTER OF CREDIT IN THE AMOUNT OF $8,225,280.00 USD AND A
PURCHASE ORDER IN THE AMOUNT OF $8,225,280.00 USD. BULLARD

COPY



EXHIBIT B

CPB 00089



BANK OF AMERICA - CONFIDENTIAL                    PAGE: 2

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 68017913

ELECTRONICS OR QIBEE, INC. MUST NOTIFY BANK OF AMERICA, N.A. BY
WRITTEN NOTICE ON THEIR LETTERHEAD AND REFERENCING THIS LETTER OF
CREDIT NO. 68017913, THAT SUCH IRREVOCABLE LETTER OF CREDIT HAS BEEN
ISSUED AND A COPY OF THE PURCHASE ORDER AND LETTER OF CREDIT HAS BEEN
SENT TO BANK OF AMERICA, N.A., WE WILL THEN ISSUE OUR FORMAL
AMENDMENT MAKING THIS LETTER OF CREDIT OPERATIVE.

PARTIAL DRAWINGS: ARE ALLOWED

ALL BANKING CHARGES IN CONNECTION WITH THIS LETTER OF CREDIT ARE FOR
THE ACCOUNT OF THE APPLICANT.

DRAFT(S) MUST STATE "DRAWN UNDER BANK OF AMERICA, N.A., STANDBY
LETTER OF CREDIT NUMBER 68017913 DATED MARCH 30, 2007."

DRAFT(S) AND DOCUMENTS SHALL BE PRESENTED AT OUR OFFICES AT BANK OF
AMERICA, N.A., ONE FLEET WAY, SCRANTON, PA 18507 ATTN: GLOBAL TRADE
OPERATIONS, STANDBY UNIT.

WE HEREBY ENGAGE WITH YOU THAT DRAFTS DRAWN IN CONFORMITY WITH THE
TERMS OF THIS CREDIT WILL BE DULY HONORED ON PRESENTATION.

COMMUNICATIONS WITH RESPECT TO THIS LETTER OF CREDIT SHALL BE IN
WRITING AND SHALL BE ADDRESSED TO US AT, ONE FLEET WAY, SCRANTON, PA
18507, ATTN: GLOBAL TRADE OPERATIONS - STANDBY UNIT, PHONE:
1-800-370-7519, SPECIFICALLY REFERRING TO THE NUMBER OF THIS LETTER
OF CREDIT.

EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT IS ISSUED
SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS
(1993 REVISION), INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO.
500.

IF YOU REQUIRE ANY ASSISTANCE OR HAVE ANY QUESTIONS REGARDING THIS
TRANSACTION, PLEASE CALL 800-370-7519 .

         SENT VIA SWIFT 700
- - - - - - - - - - - - - - - - - - - - - - - -
AUTHORIZED SIGNATURE
         THIS DOCUMENT CONSISTS OF 2 PAGE(S).

COPY



SWIFT707 - AMENDMENT TO A DOCUMENTARY CREDIT

```
:TO :  RECEIVING PARTY NAME AND ADDRESS
:    :  CASF
:    :  NYSW
:    :  S
:    :  NOA
:    :  000000000000.00
:    :
:    :
:    :  CALIFORNIA PACIFIC BANK
:    :  601 MONTGOMERY ST.
:    :  SAN FRANCISCO, CA 94111-2603
:20  :  SENDER'S REFERENCE
:    :  68017913
:21  :  RECEIVER'S REFERENCE
:    :  NONREF
:31C :  DATE OF ISSUE
:    :  070330
:30  :  DATE OF AMENDMENT
:    :  070409
:26E :  NUMBER OF AMENDMENT
:    :  01
:59  :  BENEFICIARY (BEFORE THIS AMENDMENT)
:    :  CALIFORNIA PACIFIC BANK
:    :  250 MONTGOMERY STREET
:    :  SUITE 500
:    :  SAN FRANCISCO, CA 94104
:79  :  NARRATIVE
:    :
:    :
:    :  PLEASE DELETE THE FOLLOWING CLAUSE:
:    :
:    :  IT IS A FURTHER CONDITION OF THIS STANDBY LETTER
:    :  OF CREDIT THAT IT IS NOT OPERATIVE UNTIL QIBEE,
:    :  INC. HAS ISSUED TO NBG, LLC, THEIR IRREVOCABLE
:    :  LETTER OF CREDIT IN THE AMOUNT OF +8,225,280.00
:    :  USD AND A PURCHASE ORDER IN THE AMOUNT OF
:    :  +8,225,280.00 USD. BULLARD ELECTRONICS OR QIBEE,
:    :  INC. MUST NOTIFY BANK OF AMERICA, N.A. BY WRITTEN
:    :  NOTICE ON THEIR LETTERHEAD AND REFERENCING THIS
:    :  LETTER OF CREDIT NO. 68017913, THAT SUCH
:    :  IRREVOCABLE LETTER OF CREDIT HAS BEEN ISSUED AND A
:    :  COPY OF THE PURCHASE ORDER AND LETTER OF CREDIT
:    :  HAS BEEN SENT TO BANK OF AMERICA, N.A., WE WILL
:    :  THEN ISSUE OUR FORMAL AMENDMENT MAKING THIS LETTER
:    :  OF CREDIT OPERATIVE.
:    :
:    :  THE APPLICANT HAS BEEN AMENDED TO:
:    :  NBG, LLC
:    :  2325 ULMERTON RD.
:    :  SUITE 20
:    :  CLEARWATER FL 33762
:    :
```

DRAFT

EXHIBIT C



```
:    : ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.
:72 : SENDER TO RECEIVER INFORMATION
```

DRAFT

Recycled Paper

```
--------------------- Instance Type and Transmission ---------------
   Notification (Transmission) of Original sent to SWIFT (ACK)
   Network Delivery Status  : Network Ack
   Priority/Delivery        : Normal
   Message Input Reference  : 1511 070529CBNKUS6SAXXX5993037950
------------------------- Message Header -------------------------
   Swift INPUT      : FIN 742 Reimbursement Claim
   Sender           : CBNKUS6SXXX
            CALIFORNIA PACIFIC BANK
            SAN FRANCISCO,CA US
   Receiver         : BOFAUS6SXXX
            BANK OF AMERICA, N.A.
            SAN FRANCISCO,CA US
------------------------- Message Text -------------------------
   20: Claiming Bank's Reference
       18251
   21: Documentary Credit Number
       68017913
   31C: Date of Issue
        070330
   52D: Issuing Bank - Name & Address
        BANK OF AMERICA, N.A.
        1 FLEET WAY
        PA6-580-02-30
        SCRANTON, PA 18507-1999
   32B: Principal Amount Claimed
        Currency      : USD (US DOLLAR)
        Amount        :              #412,080.00#
   34B: Total Amount Claimed
        Currency      : USD (US DOLLAR)
        Amount        :              #412,080.00#
   72: Sender to Receiver Information
       ATTN:GLOBAL TRADE OPERATIONS
       STANDBY UNIT
       PLS REMIT TO OUR A/C 121038265(ABA)
       WITH FRB S.F. QUOTING OUR REF
------------------------- Message Trailer -------------------------
   {MAC:876CBC12}
   {CHK:4FA7E0F4FC32}
------------------------- Interventions -------------------------
   Category       : Network Report
   Creation Time : 29/05/07 15:10:59
   Application    : SWIFT Interface
   Operator       : SYSTEM
   Text
   {1:F21CBNKUS6SAXXX5993037950}{4:{177:0705291511}{451:0}}
```

570-330 4244

mike Evans   (570) 330-4298

standby

1800-390-7519   EXT 4235

EXHIBIT D

CPB 00054

```
01/06/07-12:32:39              FileOutputMT-2932-000001              1
```

```
-------------------- Instance Type and Transmission --------------
   Original received from SWIFT
   Priority          : Normal
   Message Output Reference  : 1231 070601CBNKUS6SAXXX6001117541
   Correspondent Input Reference   : 1003 070601BOFAUS6SBXXX5396413839
--------------------------- Message Header -----------------------
   Swift OUTPUT   : FIN 799 Free Format Message
   Sender         : BOFAUS6SXXX
             BANK OF AMERICA, N.A.
             SAN FRANCISCO,CA US
   Receiver       : CBNKUS6SXXX
             CALIFORNIA PACIFIC BANK
             SAN FRANCISCO,CA US
   MUR : 0706010203056-01
---------------------------- Message Text ------------------------
   20: Transaction Reference Number
       68017913
   21: Related Reference
       18251
   79: Narrative
       /30 VALUE DATE/070601
       /32 AMOUNT/
       NOA 0.00
       URGENT+ URGENT+ URGENT+
       RE: DRAWING UNDER LETTER OF CREDIT
       YOUR REFERENCE - 18251
       OUR REFERENCE - 68017913
       THIS IS BANK OF AMERICA'S NOTIFICATION
       TO YOU OF DISCREPANCIES, WHICH WE HAVE
       NOTED UNDER YOUR DRAWING REFERENCED ABOVE
       IN THE AMOUNT OF USD 412,080.00:
       1. BENEFICIARY'S STATEMENT NOT PRESENTED
          PER LETTER OF CREDIT TERMS AND
          CONDITIONS.
       WE ARE CONVEYING THESE DISCREPANCIES TO
       YOU IN ACCORDANCE WITH UCP500 OF THE
       INTERNATIONAL CHAMBER OF COMMERCE, WHICH
       GOVERNS AND CONTROLS DOCUMENTARY LETTERS
       OF CREDIT. DOCUMENTS REMAIN AT YOUR RISK
       AND DISPOSAL.
       REGARDS,
       SCRANTON STANDBY UNIT
------------------------- Message Trailer -----------------------
   {MAC:7B5A133F}
   {CHK:5F90E2EFBE9F}
   {DLM:}
```

EXHIBIT E

CPB 00056

```
--------------------- Instance Type and Transmission --------------
   Notification (Transmission) of Original sent to SWIFT (ACK)
   Network Delivery Status   : Network Ack
   Priority/Delivery         : Normal
   Message Input Reference   : 1231 070601CBNKUS6SAXXX6001038010
------------------------- Message Header --------------------------
   Swift INPUT    : FIN 799 Free Format Message
   Sender         : CBNKUS6SXXX
            CALIFORNIA PACIFIC BANK
            SAN FRANCISCO,CA US
   Receiver       : BOFAUS6SXXX
            BANK OF AMERICA, N.A.
            SAN FRANCISCO,CA US
------------------------- Message Text ----------------------------
   20: Transaction Reference Number
       18251
   21: Related Reference
       68017913
   79: Narrative
       ATTN: GLOBAL TRADE OPERATIONS
       STANDBY UNIT

       PER YOUR MR. MIKE EVANS TELEPHONE
       REQUEST THIS MORNING, JUNE 1, 2007,
       WE ISSUE THIS STATEMENT:
       WE HEREBY CLAIM USD412,080.00 UNDER YOUR
       STANDBY LETTER OF CREDIT NO.68017913 DUE TO
       QIBEE FAILURE TO PAY INDEBTNESS.

       PLS REMIT USD412,080.00 TO OUR A/C 121038265
       WITH FED RESERVE BANK, SAN FRANCISCO QUOTING
       OUR REF 18251

       REGDS,
       INTL DEPT
------------------------- Message Trailer -------------------------
   {MAC:7BD1F8B2}
   {CHK:5129264B4AE2}
------------------------- Interventions ---------------------------
   Category      : Network Report
   Creation Time : 01/06/07 12:32:17
   Application   : SWIFT Interface
   Operator      : SYSTEM
   Text
   {1:F21CBNKUS6SAXXX6001038010}{4:{177:0706011231}{451:0}}
```

EXHIBIT F

CPB 00057

```
04/06/07-11:03:51                FileOutputMT-2938-000001                        1
```

```
---------------------- Instance Type and Transmission --------------
   Original received from SWIFT
   Priority          : Normal
   Message Output Reference  : 1102 070604CBNKUS6SAXXX6003117565
   Correspondent Input Reference   : 1012 070604BOFAUS6SBXXX5399417654
--------------------------- Message Header ------------------------
   Swift OUTPUT   : FIN 799 Free Format Message
   Sender         : BOFAUS6SXXX
              BANK OF AMERICA, N.A.
              SAN FRANCISCO,CA US
   Receiver       : CBNKUS6SXXX
              CALIFORNIA PACIFIC BANK
              SAN FRANCISCO,CA US
   MUR : 0706040175204-01
--------------------------- Message Text ----------------------------
   20: Transaction Reference Number
        68017913
   21: Related Reference
        18251
   79: Narrative
        /30 VALUE DATE/070604
        /32 AMOUNT/
        NOA 0.00
        URGENT+ URGENT+ URGENT+
        RE: DRAWING UNDER LETTER OF CREDIT
        YOUR REFERENCE - 18251
        OUR REFERENCE - 68017913
        PLEASE BE ADVISED THAT WE HAVE BEEN
        SERVED WITH A TEMPORARY RESTRAINING ORDER
        RESTRICTING US TO HONOR YOUR CLAIM AT
        THIS TIME. IN ADDITION, PLEASE NOTE THAT
        CALIFORNIA PACIFIC BANK HAS ALSO BEEN
        NAMED AS A DEFENDANT. THE ACTION WAS
        ISSUED IN THE CIRCUIT COURT OF THE SIXTH
        JUDICIAL CIRCUIT IN AND FOR PINELLAS
        COUNTY, STATE OF FLORIDA, UCN REF:
        07-5147-C1-13.
        REGARDS,
        SCRANTON STANDBY UNIT
--------------------------- Message Trailer -------------------------
   {MAC:D0EC5559}
   {CHK:F645E15B2C38}
```

EXHIBIT 6



CPB 00058

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


CALIFORNIA PACIFIC BANK,

     Plaintiff

v.                                CASE NO. C07-03330 JCS

BANK OF AMERICA, et al.,

     Defendants.

_____/


     I, MICHAEL WANG, declare as follows:

     1.     I have personal knowledge of the facts stated herein.  If called to testify as a witness in this action, I could and would competently testify thereto.

     2.     I am the Internal Auditor of California Pacific Bank. Part of my duties as Internal Auditor is to maintain the computer records of California Pacific Bank.

     3.     All location information about "customers" of California Pacific Bank with "accounts" as such terms is defined in the Currency and Foreign Transactions Reporting Act, 31 USC Sections 5311-5330 and 12 USC Sections 1818(s), 1829(b) and 1951-1959 (commonly known as the Bank Secrecy Act) which includes loans, demand deposit accounts, savings accounts and/or certificates of deposit are kept electronically in a program named Banker II sold by Jack Henry & Associates to financial institutions.  Upon opening any customer account, California Pacific Bank inputs the customer information into the Banker II program.

     4.     There are a total of 2270 opened and closed accounts in California Pacific Bank's Banker II program.  Approximately eighty eight percent (88%) of the accounts are domestic

EXHIBIT B

1

(USA) accounts and approximately twelve percent (12%) of the accounts are foreign accounts mostly Chinese national as California Pacific Bank serves the Chinese community. Of the domestic accounts, approximately 95% are account holders located in California. The remaining 5% non-California domestic accounts are unsolicited institutional Certificate of Deposit account from outside California.

5.    On August 10, 2007, I was requested to search the California Pacific Bank data base in the Banker II program for California Pacific Bank in order to locate any account customer who listed an address in the State of Florida. The customer account records in the Banker II program can be searched by various criteria using the Text Import Wizard. One criterion is by the State the customer provides to California Pacific Bank as its address and I proceeded to search California Pacific Bank's customer account records for addresses in the State of Florida.

6.    The result of my search was that there were no customers with loans, demand deposits or savings deposits located in the State of Florida. The location in the State of Florida that showed up in the computer data base was for a $96,000 certificate of deposit opened on June 26, 2003 by Seminole Schools Federal Credit Union of Sanford, Florida. This is the only opened or closed account with an address in Florida. The said certificate of deposit has current account balance of $106,638.07.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on August 31, 2007.

_____
Michael Wang

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CALIFORNIA PACIFIC BANK,

     Plaintiff

v.                                 CASE NO. C07-03330 JCS

BANK OF AMERICA, et al.,

     Defendants.

_____/

DECLARATION OF MINH NGUYEN

I, MINH NGUYEN, declare as follows:

1.     I have personal knowledge of the facts stated herein. If called to testify as a witness in this action, I could and would competently testify thereto.

2.     I am an employee of California Pacific Bank.

3.     On June 23, 2003, I received by facsimile transmission a letter dated June 19, 2003 from Seminole Schools Federal Credit Union ("Seminole") requesting a Certificate of Deposit in the amount of $96,000.00 at an annual interest rate of 2.25% for a two year term. A true and correct copy of said letter is attached hereto marked Exhibit "A". Upon receipt of the letter, I called the number on the letter and first left a message and eventually spoke with someone at Seminole. I told that person that California Pacific Bank was not offering an interest rate of 2.25%.

4.     On June 24, 2003, I received by facsimile transmission a letter dated June 23, 2003 from Seminole requesting a Certificate of Deposit in the amount of $96,000 at an annual interest

1

EXHIBIT C

rate of 2.00% for a two year term. A true and correct copy of said letter is attached hereto marked Exhibit "B". Upon receipt of the letter, I called the number on the letter and spoke with a Mr. Weibert and told him the best rate California Pacific Bank could offer was 1.75% for the Certificate of Deposit requested. Mr. Weibert approved the rate of 1.75%.

5.    On June 26, 2003, California Pacific Bank received a wire transfer of $96,000.00 from Seminole and opened a two year Certificate of Deposit in said amount at 1.75% per annum (the "Seminole CD").

6.    No periodic statements regarding the Seminole CD were sent to Seminole except for the following which were mailed to the address on file for Seminole:

(a)    A notice of maturity of the Seminole CD sent in June 2005;

(b)    A notice of maturity of the Seminole CD sent in June 2007; and

(c)    IRS Form 1099's for the interest credited to the Seminole CD at its initial maturity in June 2005 and its renewal maturity in June 2007.

7.    The notice of maturity for any California Pacific Bank Certificate of Deposit states the present maturity date of the Certificate of Deposit and states that if the depositor does not elect otherwise, the Certificate of Deposit will renew for the same term at the then interest rate being offered by California Pacific Bank. Seminole did not contact California Pacific Bank at the time of the initial maturity of the Seminole CD and California Pacific Bank automatically renewed the Seminole CD for a new two year term.

8.    In June 2007 at the time the notice of maturity of the renewed Seminole CD was sent to Seminole, Seminole called California Pacific Bank inquiring about interest rates on Certificates of Deposit for other maturity terms and requesting that the Seminole CD be renewal for only a six month term instead of a two year term. Other that this single contact, Seminole never contacted California Pacific Bank after opening the Seminole CD.

9.    No interest credited to the Seminole CD has ever been withdrawn by Seminole and the current balance is $106,638.07.

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed at San Francisco, California on August 31, 2007.

_____
Minh Nguyen

3

FROM : SCTFCU                    PHONE NO. : 4073243102              Jun. 23 2003 11:58AM P1



2450 SOUTH LAUREL AVENUE           WWW.SEMINOLEFCU.ORG          TELEPHONE 407-322-4305
SANFORD, FLORIDA 32771                                              FAX 407-324-3102

June 19, 2003

California Pacific Bank
CA
Attn: Minh

REF:   Purchase New Certificate of Deposit
       TaxPayer # 59-0833576

Please open a certificate of deposit in the name of Seminole Schools Federal Credit Union for
$96,000.00. Your quoted annual interest rate is 2.26% using a 365-day basis for a 2 year term.

We understand that Dividends will be paid at maturity. Please safekeep this instrument at your
institution and mail us a receipt along with other account documentation including permanent
signature cards.

Only one signature is required and the following are temporary authorized signers for this account:

                        Brenda J. Miller, President

                        Patricia Richards, Vice President of Operations

Please provide us with wiring information to complete the transaction. If additional information is
needed, please call (407) 322-4305 extension 123.

Sincerely,

Jim Weibert
Vice President of Finance

*[handwritten notes:]*
6/23/03 call & leave
9:35    message
9:45    Jim will find
        out about inv.
                fp.
Cannot open
Rate / haved 61 18/02

QUALITY • INTEGRITY • FINANCIAL WELL-BEING

# EXHIBIT A

FROM : SCTFCU                    PHONE NO. : 4073243102              Jun. 24 2003 11:05AM P1



**2450 SOUTH LAUREL AVENUE**
**SANFORD, FLORIDA 32771**          WWW.SEMINOLEFCU.ORG          TELEPHONE 407-322-4305
                                                                FAX 407-324-3102

June 23, 2003

California Pacific Bank
CA
Attn: Minh

REF:   Purchase New Certificate of Deposit
       TaxPayer # 59-0833576

Please open a certificate of deposit in the name of Seminole Schools Federal Credit Union for $96,000.00. Your quoted annual interest rate is 2.00% using a 365-day basis for a 2 year term.
                                                    1.75

We understand that Dividends will be paid at maturity. Please safekeep this instrument at your institution and mail us a receipt along with other account documentation including permanent signature cards.

Only one signature is required and the following are temporary authorized signers for this account:

_Brenda J. Miller_
Brenda J. Miller, President

_Patricia Richards_
Patricia Richards, Vice President of Operations

Please provide us with wiring information to complete the transaction. If additional information is needed, please call (407) 322-4305 extension 123.

Sincerely,

_Jim Weibert_
Vice President of Finance

6/26/03  9:30 talk to
Mr Weibert  OK for
Rate 1.75%.

QUALITY • INTEGRITY • FINANCIAL WELL-BEING

**EXHIBIT B**