Leo M. LaRocca, Esq. (SBN 115014)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104-2118
Telephone:  415.981.5451
Facsimile:  415.433.5439

Attorneys for Plaintiff CALIFORNIA PACIFIC BANK

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive.<br><br>Defendants. | Docket No. C07-03330 JCS<br><br>[PROPOSED]<br>ORDER DENYING BANK OF AMERICA'S MOTION TO DISMISS |

### ORDER

The motion of defendant Bank of America, N.A. ("Bank of America"), to dismiss the complaint of plaintiff California Pacific Bank, came on regularly for hearing before this Court on September 21, 2007, the Honorable Joseph C. Spero, presiding.

The Court, having read and considered all papers submitted in support of, and in opposition to, the motion, and having heard and considered the arguments made by counsel for the respective parties at the hearing,

**IT IS HEREBY ORDERED** that Bank of America's motion to dismiss is DENIED.

Dated _____

_____
**JOSEPH C. SPERO**
**United States Magistrate Judge**