## CIVIL MINUTES

**Magistrate Judge Joseph C. Spero**           Lydia Zinn-Court Reporter
                                               FTR 9:47-9:56 (9 min)

Date: **September 21, 2007**

Case No: **C07-3330 JCS**

Case Name: **United States, et al v. Kenton Hoover**
Plaintiff  Attorney(s):Leo LaRocca
Defendant Attorney(s): Mark Kenney; Mark Wriaght
Deputy Clerk:  **Wings Hom**

| Motions | RULING: |
|---|---|
| 1. Deft's mo to dismiss | Denied |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 3-7-08 @ 10:30 a.m. for fur CMC.  Counsel to submit joint status report 1 week prior and discovery stayed to said date.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
         [ ] Jury  [ ]  Court


Notes:



cc:  Karen, Mary Ann (2)