1  MARK JOSEPH KENNEY (State Bar No. 87345)
   MARK I. WRAIGHT (State Bar No. 228303)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  mjk@severson.com
   miw@severson.com
6
   JAMES RANDOLPH LIEBLER (FL Bar No. 507954; Admitted *Pro Hac Vice*)
7  CHRISTOPHER MICHAEL DRURY (FL Bar No. 0796751; Admitted *Pro Hac Vice*)
   Liebler, Gonzalez & Portuondo, P.A.
8  44 W. Flagler St., Suite 2500
   Miami, FL 33130
9  Telephone: (305) 379-0400
   Facsimile: (305) 379-9626
10 jrl@lgplaw.com
   cmd@lgplaw.com
11
   Attorneys for Defendant
12 BANK OF AMERICA, N.A.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18 CALIFORNIA PACIFIC BANK, a              Case No.: C07-03330 JCS
   California banking corporation,
19
             Plaintiff,                    **JOINT STATUS REPORT**
20
          vs.
21                                         Date:    March 7, 2008
   BANK OF AMERICA, N.A., and              Time:    1:30 a.m.
22 DOES 1-20, inclusive,                   Room:    A, 15th Floor
                                           Judge:   Joseph C. Spero
23           Defendants.

24

25        BANK OF AMERICA, N.A. and CALIFORNIA PACIFIC BANK,        through

26 undersigned counsel, and hereby submit the followin   g Joint Status Report.

27 ///

28 ///

-1-

**Summary of the Status of Florida Case No. 52 2007 CA0   05147XXCICI**

**(*Bullard Electronics, LLC v. Bank of America, N.A.,    and California Pacific Bank* )**

Parties :

The Court will recall that the parties to the Florida action are Bullard Electronics, LLC (plaintiff), Bank of America (defendant), California Pacific Bank (defendant), and NBG, LLC (counterdefendant).

Status of the Pleadings :

Service of process has been effectuated as to all parties, but California Pacific Bank has failed to answer any of the claims brought against it. Bank of America answered, and brought a cross-claim for declaratory relief against California Pacific Bank, and a counterclaim against Bullard Electronics, LLC and NBG, LLC.

The Bank has also entered an Order permitting Bullard Electronics, LLC to amend its Complaint. The Order was entered in December 2007. Bullard Electronics has not amended the complaint.

Status of the Injunction :

The June 4, 2007 injunction entered by Circuit Court Judge Mark I. Shames of the Sixth Judicial Circuit in and for Pinellas County, Florida is still in effect. The injunction prevents Bank of America from honoring any demand made for payment on the Letter of Credit, until further order of the Court.

Status of Discovery :

Bullard Electronics, LLC has served written discovery on Bank of America, which has been answered. Bank of America intends to notice the deposition of the corporate designee of California Pacific Bank in the very near future.

///
///
///
///
///

1    CourtOrderedDates :

2    Notrialdateormediationdatehasbeenset.

3

4    DATED:February29,2008                    **LIEBLER, GONZALEZ & PORTUONDO, P.A.**
                                              AttorneysforBankofAmerica,N.A.
5                                             CourthouseTower-25thFloor
                                              44WestFlaglerStreet
6                                             Miami,FL33130
                                              TelNo.(305)379-0400
7                                             FaxNo.(305)379-9626
                                              Email:Jrl@lgplaw.com
8

9                                             By:/s/J.RandolphLiebler
                                                  J.RANDOLPHLIEBLER
10                                                FloridaBarNo.507954
                                                  CHRISTOPHERM.DRURY
11                                                FloridaBarNo.796751

12

13   DATED:February29,2008                    **SEVERSON & WERSON**
                                              AProfessionalCorporation
14

15                                             By:/s/MarkI.Wraight
                                              MarkI.Wraight
16                                                AttorneysforDefendant
                                                  BANKOFAMERICA,N.A.
17

18   DATED:February29,2008                    **NIVEN & SMITH**

19

20                                             By:/s/LeoM.LaRocca
                                              LeoM.LaRocca
21                                                AttorneysforPlaintiff
                                                  CALIFORNIAPACIFICBANK
22

23

24

25

26

27

28

                                           -3-