# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-03330 JCS**

**CASE NAME: CALIFORNIA PACIFIC BANK v. BANK OF AMERICA**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 7, 2008     **TIME: 5 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>John Bassett | **COUNSEL FOR DEFENDANT:**<br>Mark Wraight |

**PROCEEDINGS:**          **RULING:**

1. Case Management Conference          Held.

**ORDERED AFTER HEARING:**

An updated joint case management conference statement shall be due by 5/30/8, and shall also address the status of the FL case and injunction in the updated statement.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:** 06/06/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**     at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**     at 8:30 a.m.  ( )Jury   ( )Court     Set for     days | | |

**cc:     Chambers; Karen**
\* (T) = Telephonic Appearance