**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, | Case No. C-07-03330 JCS |
| Plaintiff(s), | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| BANK OF AMERICA, | |
| Defendant(s). | |

Following a case management conference held on **March 7, 2008,**

IT IS HEREBY ORDERED THAT:

1. An updated joint case management conference statement shall be due by **May 30, 2008.** The statement shall also address the status of the Florida case and the injunction.

2. A further case management conference is set for **June 6, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: March 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge