MARK JOSEPH KENNEY (State Bar No. 87345)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
mjk@severson.com
miw@severson.com

JAMES RANDOLPH LIEBLER (FL Bar No. 507954; Admitted *Pro Hac Vice*)
CHRISTOPHER MICHAEL DRURY (FL Bar No. 0796751; Admitted *Pro Hac Vice*)
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler St., Suite 2500
Miami, FL 33130
Telephone:  (305) 379-0400
Facsimile:  (305) 379-9626
jrl@lgplaw.com
cmd@lgplaw.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation, | Case No.:  C07-03330 JCS |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| BANK OF AMERICA, N.A., and DOES 1-20, inclusive, | Date:      June 6, 2008<br>Time:      1:30 a.m.<br>Room:     A, 15th Floor<br>Judge:    Joseph C. Spero |
| Defendants. | |

    BANK OF AMERICA, N.A. and CALIFORNIA PACIFIC BANK, through

undersigned counsel, and hereby submit the following Joint Status Report.

/ / /

/ / /

- 1 -

**Summary of the Status of Florida Case No. 522007CA005147XXCICI**

(***Bullard Electronics, LLC v. Bank of America, N.A., and California Pacific Bank***)[1]

Status of the Pleadings:

A.    Complaint:  Bullard Electronics, LLC filed its lawsuit naming Bank of America and California Pacific Bank as defendants.  Bank of America was served on June 18, 2007.  It filed an answer on July 26, 2007.  Bullard Electronics, LLC claims it served California Pacific Bank on June 18, 2007.  California Pacific Bank contends, however, that it was not properly served. California Pacific Bank further contends that the Florida Court lacks jurisdiction over California Pacific Bank.

Bank of America contends that on July 9, 2007, a default was entered against California Pacific Bank.  Bullard Electronics filed a motion for entry of default judgment against California Pacific Bank on or about July 12, 2007.  On or about September 7, 2007 Bullard Electronics withdrew its motion for a default judgment, indicating to the Florida Court that it intended to file an amended complaint.  The Florida Court entered an Order permitting Bullard Electronics, LLC to file an amended complaint within 30 days from the date of the Order.  In December 2007, the Florida Court entered an additional order allowing Bullard Electronics to file an amended complaint up to and including January 8, 2008.  To date, Bullard Electronics has not amended the complaint.

B.    Counterclaim:  Bank of America filed a cross-claim for declaratory relief against California Pacific Bank, and a counterclaim against Bullard Electronic, LLC, and NBG, LLC on July 26, 2007.

Status of the Injunction:

The June 4, 2007 injunction entered by Circuit Court Judge Mark I. Shames of the Sixth Judicial Circuit in and for Pinellas County, Florida is still in effect.  The injunction makes the following order:

---

[1]    A complete copy of the docket for the Florida action is attached hereto as Exhibit A.

1    A.    Bank of America, N.A., hereby is temporarily
2 enjoined, until further order of the Court, from honoring any
demand made for payment of all or any part of its Letter of
3 Credit No. 68017913 in the amount of $412,080.

4    Status of Discovery:

5    Written discovery is now complete.

6    Court Ordered Dates:

7    No trial date has been set, but an informal settlement meeting was held between

8 Bullard Electronics, LLC and Bank of America, N.A. in late 2007

9

10 DATED:  May 30, 2008                Liebler, Gonzalez & Portuondo, P.A.
                                    Attorneys for Bank of America, N.A.
11                                   Courthouse Tower - 25th Floor
                                    44 West Flagler Street
12                                   Miami, FL 33130
                                    Tel No.  (305) 379-0400
13                                   Fax No. (305) 379-9626
                                    Email: Jrl@lgplaw.com
14

15                                   By: /s/ J. Randolph Liebler
                                        J. RANDOLPH LIEBLER
16                                      Florida Bar No. 507954
                                        CHRISTOPHER M. DRURY
17                                      Florida Bar No. 796751

18

19 DATED:  May 30, 2008                **SEVERSON & WERSON**
                                    A Professional Corporation
20

21                                   By:/s/ Mark I. Wraight
                                        Mark I. Wraight
22                                      Attorneys for Defendant
                                        BANK OF AMERICA, N.A.
23

24 DATED:  May 30, 2008                **NIVEN & SMITH**

25

26                                   By:/s/ Leo M. LaRocca
                                        Leo M. LaRocca
                                        Attorneys for Plaintiff
27                                      CALIFORNIA PACIFIC BANK

28

- 3 -