# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.:** C07-3330 JCS

**CASE NAME:** California Pacific Bank v. Bank of America

**MAGISTRATE JUDGE JOSEPH C. SPERO**
**COURTROOM DEPUTY:** Monica Narcisse for Karen Hom

**DATE:** June 6, 2008  **TIME:** 2:27 pm - 2:39pm   **COURT REPORTER:** <u>FTR</u>

<u>**COUNSEL FOR PLAINTIFF:**</u>  <u>**COUNSEL FOR DEFENDANT:**</u>
**John Bassett**                  **Mark Wraight**

---

### <u>PROCEEDINGS</u>

☐  SETTLEMENT CONFERENCE    ☐  FURTHER SETTLEMENT CONFERENCE

☐  DISCOVERY CONFERENCE

☐  STATUS CONFERENCE RE: _____

☐  TELEPHONIC CONFERENCE RE: _____

X  OTHER:  **Further Case Management Conference** _____

CASE CONTINUED TO: **September 5, 2008 @ 1:30 pm**  FOR  **Further CMC**

NOTES:  **Stay lifted. Parties shall proceed with discovery. Matter referred to Judge Chen for settlement conference to be held within 90 days. All parties MUST attend settlement conference. Joint status statement due by 8/29/2008.**

CC:  Chambers; Karen, Wings, Betty