UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, | Case No. C-07-03330 JCS |
| Plaintiff(s), | |
| v. | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| BANK OF AMERICA, | |
| Defendant(s). | |

Following a case management conference held on **June 6, 2008,**

IT IS HEREBY ORDERED THAT:

1. The STAY in this action has been lifted, and the parties may proceed with discovery.

2. This case has been referred to Magistrate Judge Edward M. Chen for a settlement conference, to occur within ninety (90) days, or at the convenience of his calendar. All parties shall appear at the settlement conference.

3. An updated joint case management conference statement shall be due by **August 29, 2008.**

4. A further case management conference is set for **September 5, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: June 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge