Leo M. LaRocca, Esq. (SBN 115014)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104-2118
Telephone:   415.981.5451
Facsimile:   415.433.5439

Attorneys for Plaintiff CALIFORNIA PACIFIC BANK

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>　　　　　Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive.<br><br>　　　　　Defendants. | Docket No. C07-03330 JCS<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Date:　　August 8, 2008<br>Time:　　9:30 a.m.<br>Room:　　C, 15th Floor<br>Judge:　　Edward M. Chen<br>　　　　　Federal Building<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA |

　　　　**WHEREAS**, on June 9, 2008, the United States Magistrate Judge Edward M. Chen issued an Order setting the above-referenced matter for settlement conference on August 8, 2008, at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California; and

　　　　**WHEREAS**, a conflict has arisen on counsel for Plaintiff's calendar;

　　　　Therefore, **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel of record, that the settlement conference, hereto set for August 8, 2008, at 9:30 a.m. in Courtroom C, has been continued and shall take place on August 28, 2008, at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: August 6, 2008　　　　　　　　　　　　　　NIVEN & SMITH

　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　LEO M. LaROCCA
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff CALIFORNIA PACIFIC BANK,
　　　　　　　　　　　　　　　　　　　　　　　　　a California banking corporation

1
STIPULATION AND ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE

1  Dated: August 6, 2008            SEVERSON & WERSEN

2                                   By: _____
                                        MARK WRAIGHT
3                                       Attorneys for Defendant Bank of America, N.A.

4

5  Dated: August 6, 2008            LIEBLER, GONZALEZ & PORTUONDO

6                                   By: _____
                                        CHRISTOPHER DRURY
7                                       Attorneys for Defendant Bank of America, N.A.

8

9

10                                  ORDER

11         IT IS SO ORDERED.

12

13  Dated: _____  _____
                                    EDWARD M. CHEN
14                                  United States Magistrate Judge

NIVEN & SMITH
425 California Street, Suite 1300
SAN FRANCISCO, CALIFORNIA 94104-2113
TEL (415) 981-5451

2
STIPULATION AND ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE