Leo M. LaRocca, Esq. (SBN 115014)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104-2118
Telephone:   415.981.5451
Facsimile:    415.433.5439

Attorneys for Plaintiff CALIFORNIA PACIFIC BANK

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive.<br><br>Defendants. | Docket No. C07-03330 JCS<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Date:  August 8, 2008<br>Time:  9:30 a.m.<br>Room:  C, 15th Floor<br>Judge:  Edward M. Chen<br>          Federal Building<br>          450 Golden Gate Avenue<br>          San Francisco, CA |

**WHEREAS**, on June 9, 2008, the United States Magistrate Judge Edward M. Chen issued an Order setting the above-referenced matter for settlement conference on August 8, 2008, at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California; and

**WHEREAS**, a conflict has arisen on counsel for Plaintiff's calendar;

Therefore, **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel of record, that the settlement conference, hereto set for August 8, 2008, at 9:30 a.m. in Courtroom C, has been continued and shall take place on August 28, 2008, at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: August 6, 2008

NIVEN & SMITH

By: _____
LEO M. LaROCCA
Attorneys for Plaintiff CALIFORNIA PACIFIC BANK,
a California banking corporation

```
 1  Dated: August 6, 2008              SEVERSON & WERSEN

 2                                     By: /s/
                                           MARK WRAIGHT
 3                                         Attorneys for Defendant Bank of America, N.A.

 4

 5  Dated: August 6, 2008              LIEBLER, GONZALEZ & PORTUONDO

 6                                     By: /s/
                                           CHRISTOPHER DRURY
 7                                         Attorneys for Defendant Bank of America, N.A.

 8

 9

10                                     ORDER
        IT IS SO ORDERED.
11

12

13  Dated:  August 6, 2008              _____
                                        EDWARD M. CHEN
14                                      United States Magistrate Judge
```

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIVEN & SMITH

2

STIPULATION AND ORDER RE: CONTINUANCE OF SETTLEMENT CONFERENCE