**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**        August 28, 2008

**Court Reporter:**        Not Recorded

**Case No.:**    C-07-3330 JCS (EMC)

**Case Name:**   California Pacific Bank v. Bank of America, N.A.

**Counsel:**
**Plf:**   Leo M. LaRocca                           **Def:**   J. Randolph Liebler


**Outcome of Settlement Conference:**

|  |  |
|---|---|
| _____ | Settled |
| _____ | Partial settlement |
| ____X____ | Did not settle |
| _____ | Other: |

**Notes:** No Further Settlement Conference scheduled.

**Time:** 2.75 hours


                                        /s/
                                        Leni Doyle, Deputy Clerk


cc:     EMC, JCS