MARK JOSEPH KENNEY (State Bar No. 87345)
MARK I. WRAIGHT (State Bar No. 228303)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
mjk@severson.com
miw@severson.com

JAMES RANDOLPH LIEBLER (FL Bar No. 507954; Admitted *Pro Hac Vice*)
CHRISTOPHER MICHAEL DRURY (FL Bar No. 0796751; Admitted *Pro Hac Vice*)
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler St., Suite 2500
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626
jrl@lgplaw.com
cmd@lgplaw.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK, a California banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: C07-03330 JCS<br><br>**JOINT STATUS REPORT**<br><br>Date:  September 5, 2008<br>Time:  1:30 a.m.<br>Room:  A, 15th Floor<br>Judge:  Joseph C. Spero |

BANK OF AMERICA, N.A. and CALIFORNIA PACIFIC BANK, through undersigned counsel hereby submit the following Joint Status Report.

///

///

- 1 -

### Summary of the Status of Florida Case No. 522007CA005147XXCICI
### (*Bullard Electronics, LLC v. Bank of America, N.A., and California Pacific Bank*)

On August 25, 2008, Bullard Electronics filed a "Notice of Dropping California Pacific Bank As A Party Defendant." That same day, Bullard also filed an "Unopposed Motion for Final Judgment, For Permanent Injunction & For Discharge of Bond."

On August 26, 2008, Bank of America, N.A. filed a "Notice of Voluntary Dismissal of Counterclaim." (The Court will recall that Bank of America filed a counterclaim against Bullard Electronic, LLC, and NBG, LLC, and a separate cross-claim for declaratory relief against California Pacific Bank.)

On August 27, 2008, Bank of America, N.A. delivered a "vouching-in" letter to California Pacific Bank and its attorneys, in which Bank of America, N.A. (1) notified California Pacific Bank of Bullard Electronics, LLC's filing of the aforesaid motion for final judgment, and (2) demanded that California Pacific Bank participate in the opposition of that motion.

### Summary of the Settlement Conference

Bank of America and California Pacific Bank participated in a settlement conference with the Hon. Edward M. Chen on August 28, 2008.

The parties were unable to resolve this matter, and no further settlement conference was scheduled.

### Proposed Schedule

A.   RULE 26(a) DISCLOSURES: October 3, 2008

B.   EXPERT WITNESS DISCLOSURES: December 5, 2008.

D.   DISCOVERY CUT-OFF DATE: January 30, 2009.

C.   LAW AND MOTION CUT-OFF DATE: March 31, 2009.

E.   FINAL PRETRIAL CONFERENCE DATE: April 20, 2009.

F.   TRIAL DATE: May 4, 2009.

| | | |
|---|---|---|
| 1 | DATED: August 29, 2008 | Liebler, Gonzalez & Portuondo, P.A. |
| | | Attorneys for Bank of America, N.A. |
| 2 | | Courthouse Tower - 25th Floor |
| | | 44 West Flagler Street |
| 3 | | Miami, FL 33130 |
| | | Tel No. (305) 379-0400 |
| 4 | | Fax No. (305) 379-9626 |
| | | Email: Jrl@lgplaw.com |

By: /s/ J. Randolph Liebler
J. RANDOLPH LIEBLER
Florida Bar No. 507954
CHRISTOPHER M. DRURY
Florida Bar No. 796751

DATED: August 29, 2008

**SEVERSON & WERSON**
A Professional Corporation

By:/s/ Mark I. Wraight
Mark I. Wraight
Attorneys for Defendant
BANK OF AMERICA, N.A.

DATED: August 29, 2008

**NIVEN & SMITH**

By:/s/ Leo M. LaRocca
Leo M. LaRocca
Attorneys for Plaintiff
CALIFORNIA PACIFIC BANK

- 3 -