# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-03330 JCS**

**CASE NAME:  CALIFORNIA PACIFIC BANK v. BANK OF AMERICA**

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY**: Frank Justiliano

**DATE**: September 8, 2008                **COURT REPORTER**: <u>FTR: 2:18 - 2:26 p.m.</u>

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
**John Bassett**                          **Mark Wraight**

---

**PROCEEDINGS:**                                          **RULING:**

**1.  Further Case Management Conference**                **Held.**

_____

**ORDERED AFTER HEARING:**

**The Court adopts dates proposed in the joint case management statement with the following exceptions:   Summary judgment motions are to be heard no later than 3/26/2009 @ 9:30 a.m. ; Pretrial is set at 6/26/2009 @ 1:30p.m.; Jury trial (not to exceed 6 days) set for 7/29/2009 @ 8:30 a.m.**

_____

**ORDER TO BE PREPARED BY:**       **() Plaintiff       () Defendant       (X) Court**

**CASE CONTINUED TO:**
_____

cc:      Chambers; Karen
* (T) = Telephonic Appearance