Leo M. LaRocca, Esq. (SBN 115014)
**NIVEN & SMITH**
425 California Street, 15th Floor
San Francisco, CA 94104-2118
Telephone:    415.981.5451
Facsimile:    415.433.5439

Attorneys for Plaintiff CALIFORNIA PACIFIC BANK

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA PACIFIC BANK,<br>a California banking corporation,<br><br>                    Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., and<br>DOES 1-20, inclusive,<br><br>                    Defendants. | Docket No. C07-03330 JCS<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COUNTERCLAIM** |
| BANK OF AMERICA, N.A.,<br><br>                    Counter-Claimant,<br>vs.<br><br>CALIFORNIA PACIFIC BANK,<br>a California banking corporation,<br><br>                    Counter-Defendant. | |

Plaintiff and Counter-Defendant CALIFORNIA PACIFIC BANK and Defendant and Counter-Claimant BANK OF AMERICA, through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The date by which CALIFORNIA PACIFIC BANK must answer to the Counterclaim in the above-captioned matter shall be extended to and including **October 29, 2008**.

Dated: October 23, 2008

NIVEN & SMITH

By: _____
LEO M. LaROCCA
Attorneys for Plaintiff CALIFORNIA PACIFIC BANK,
a California banking corporation

1
STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COUNTERCLAIM

Dated: 10/23/08

SEVERSON & WERSON

By: _____ MARK WRIGHT
MARK KENNEY
Attorneys for Defendant Bank of America, N.A.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/27/08

_____
JOSEPH C. SPERO
United States Magistrate Judge